IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GENO LEWIS HAWKINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0936

Opinion filed May 7, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Geno Lewis Hawkins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED. See <u>Francois v. Wainwright</u>, 470 So. 2d 685 (Fla. 1985) (stating that a successive petition for writ of habeas corpus may be summarily denied).

Petitioner is warned that any future filings which the court determines to be successive or frivolous may result in a referral to the appropriate institution for disciplinary procedures pursuant to the rules of the Department of Corrections as provided in section 944.279, Florida Statutes. <u>See</u> Fla. R. App. P. 9.410.

WOLF, THOMAS, and OSTERHAUS, JJ., CONCUR.